# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

134216

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KHEMMORO INC., d/b/a JASONS SUPER FOOD,
        Petitioner-Appellant,

v

DEPARTMENT OF COMMUNITY HEALTH,
        Respondent-Appellee.

SC: 134216
COA: 275286
Wayne CC: 06-610142-AV

_____/

   On order of the Court, the application for leave to appeal the May 9, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
                Clerk

p0917